AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of:

Cellular location information to locate the cellular telephone assigned call number **414-699-9346** (the "Target Cell Phone").

Case No. 18-m-59

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

See Attachment A.

over which the Court has jurisdiction pursuant to Title 18, United States Code, Sections 2703 and 2711, there is now concealed:

See Attachment B.

The basis for the search under Fed. R. Crim P. 41(c) is:
- ☐ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☒ a person to be arrested or a person who is unlawfully restrained.

The search is related to violations of: Title 18, United States Code, Sections 2113(a) and 924(c)

The application is based on these facts: See attached affidavit.

☒ Delayed notice of __30__ days (give exact ending date if more than 30 days:_____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Special Agent Robert Rice, FBI
Printed Name and Title

Sworn to before me and signed in my presence:
Date: May 3, 2018

_____
Judge's signature

City and State: Milwaukee, Wisconsin

Honorable David E. Jones, U.S. Magistrate Judge
Printed Name and Title

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A SEARCH WARRANT

I, Robert Rice, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a search warrant under Federal Rule of Criminal Procedure 41 and 18 U.S.C. §§ 2703(c)(1)(A) for information about the location of the cellular telephone assigned call number **(414) 699-9346,** the "Target Cell Phone," whose service provider is Sprint, a wireless telephone service provider headquartered in Overland Park, Kansas. The Target Cell Phone is described herein and in Attachment A, and the location information to be seized is described herein and in Attachment B.

2. I am employed as a Special Agent by the Federal Bureau of Investigation and have been so employed for approximately 13 years. My current assignment is to investigate persons involved in bank robberies, commercial robberies and other violent crime matters. I am currently assigned to the FBI's Milwaukee Area Violent Crimes Task Force. I have participated in numerous investigations involving violations of federal, state, and local laws, including investigations of bank robberies and other commercial robberies.

3. This affidavit is based upon my personal knowledge as well as information provided to me by other federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable. This affidavit is also based upon information gathered from interviews of citizen witnesses, reports, official records, law enforcement reports, and my training and experience.

4. I am a Law Enforcement Officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, in that I am empowered by law to conduct investigations of and to make arrests for federal offenses.

5. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

6. Based on the facts set forth in this affidavit, there is probable cause to believe that Trevor Hull, a/k/a Trevoer Hull, has violated Title 18, U.S.C. § 2113(a) and (d) (Armed Bank Robbery), and Title 18, U.S.C. § 924(c) (Brandishing a Firearm). Hull was charged with these crimes on July 5, 2017, and is the subject of an arrest warrant issued on that day. There is also probable cause to believe that Hull is aware of these charges and has fled. There is also probable cause to believe that the location information described in Attachment B will assist law enforcement in arresting Hull, who is a "person to be arrested" within the meaning of Federal Rule of Criminal Procedure 41(c)(4).

## PROBABLE CAUSE

7. On July 5, 2017, Trevor Hull (a/k/a Trevoer Hull) was charged by criminal complaint with violating Title 18, U.S.C. § 2113(a) and (d) (Armed Bank Robbery), and Title 18, U.S.C. § 924(c) (Brandishing a Firearm). Those charges were based on Hull's robbery of the PyraMax Bank in West Allis, Wisconsin on May 31, 2017, with co-actors Davonte Amos and Lonese Riley. An arrest warrant for Hull was issued on July 5, 2017.

8. On September 19, 2017, a grand jury in the Eastern District of Wisconsin indicted Hull on the same charges. Another warrant for his arrest issued the next day.

9. Since July of 2017, law enforcement agents have been attempting to locate Hull. On August 8, 2017, agents located and spoke with Cicely LeBourgeois at her residence, 7701 W. Hampton Ave., #3 in Milwaukee, WI. LeBourgeois informed agents that she had been in an on-and-off relationship with Hull, and that they have two children in common. Agents informed LeBourgeois about Hull's felony arrest warrant.

2

10. During October of 2017, law enforcement conducted surveillance at LeBourgeois's residence, 7701 W. Hampton Ave., in an effort to find Hull. Between October 17-19, 2017, law enforcement observed Hull at the residence multiple times. When law enforcement executed a search warrant at the residence the next day, however, Hull was gone. Hull's possessions were located at the residence, including a State of Wisconsin Identification card in the name of "Trevoer Lamont Hull," date of birth XX/XX/93, two pieces of mail addressed to Trevoer Hull, and one pair of men's black and white Nike Air Jordan sneakers. Based on surveillance photographs, those Nike Air Jordan sneakers appear to be the same shoes worn by Hull during the PyraMax bank robbery.

11. Law enforcement also obtained and searched LeBourgeois's phone at the time. A review of the text messages on that phone revealed several messages between LeBourgeois and Hull, with Hull using two different telephone numbers. On October 17, 2017, for example, Hull (using 414-458-1409) sent LeBourgeois a photograph of a Ford sedan taken off of the internet. The accompanying messages stated "Y'all make sure watch out for the kind of ford them the Feds it got tints on the car", "It's one white dude driving it", "He seen me in vaya leaving out our door when I took her to school." LeBourgeois responded "Fr," which I know to mean "For real." 414-458-1409 (Hull) responded "Why you say fr." LeBourgeois responded "Cuz u said they seen you." 414-458-1409 (Hull) responded "Yeah coming out of the house with vaya." LeBourgeois responded "That's crazy." 414-458-1409 (Hull) responded "He tried to play it off." I have confirmed that Hull correctly identified the FBI surveillance units that were observing LeBourgeois's home on October 17, 2017.

12. LeBourgeois has now been charged with and pleaded guilty to harboring of a fugitive, in violation of 18 U.S.C. § 1071. Hull remains at large.

3

13. In March of 2018, a cooperating defendant (CD) provided information to law enforcement indicating that Hull was continuing to associate with the mother of his children, and that he regularly drove at least one child to a school near 63rd and Villard in Milwaukee. CD indicated that Hull continued to use Facebook.com. CD also stated that Hull remained close with his aunt "Brittany." CD has previously provided truthful information to law enforcement which is against CD's penal interests, and CD is motivated to continue providing truthful information in order to obtain consideration in CD's own criminal case. As described below, the information provided by CD has also been corroborated by independent evidence. As a result, I consider CD reliable.

14. The FBI's previous investigation into Hull's family connections had revealed that Hull's aunt is named Brittany Johnson. Law enforcement discovered that on March 27, 2018, Brittany Johnson posted a photograph of Hull on her publicly accessible Facebook.com profile. In law enforcement databases, Johnson is affiliated with the address 8350 W. Derby Place, #1, Milwaukee, WI. Law enforcement conducted surveillance at 8350 W. Derby Place during the first week of April, 2018. Law enforcement observed LeBourgeois's vehicle, a Buick LaCrosse, at the Derby Place address. Law enforcement also briefly observed a black male whose appearance was consistent with Hull's exit the LaCrosse outside the Derby Place address and enter a vehicle parked next to the LaCrosse, which then drove away.

15. On April 4, 2018, law enforcement conducted a "knock and talk" at 8350 W. Derby Place, #1. LeBourgeois, Johnson, and Brandy Young (known to be Hull's mother) were in the residence, but Hull was not.

16. On April 10, 2018, CD informed law enforcement that Hull also frequented an address near 64th and Carmen Ave. in Milwaukee, WI. CD provided law enforcement with a

4

photograph, which had been posted on Facebook, of Hull and a black male subject (UNSUB) on a porch. Law enforcement conducted surveillance in the vicinity of 64th and Carmen Ave. and determined that the porch in the photograph strongly resembled the porch at the Ridgeview apartment complex at approximately 6301 W. Carmen Ave., Milwaukee WI. Law enforcement determined that the Facebook account on which the photograph had been posted is used by Andre Lee Wilson, DOB 04/09/1995; that Facebook account ("Milmade Deej") has the URL "facebook.com/andre.wilson.14203," lists "Andre" as an alias, and public posts indicate that the user's birthday is April 9. A comparison of Wilson's WI DMV photo to the photo of the UNSUB and Hull revealed that the UNSUB is, in fact, Wilson. Law enforcement databases indicate that Wilson's address is 6303 W. Carmen Ave Apt 7, Milwaukee, WI. On April 11, 2018, "Milmade Deej"/Wilson publicly posted several additional photos of Hull.

17. The FBI has now established a monetary reward for information leading to Hull's capture. On April 12, 2018, a confidential source informed the FBI that Hull was using the cell phone number (414) 639-3219. The confidential source indicated that Hull may have been using that number as recently as April 10, 2018. That number is associated with Cicely LeBourgeois and the address 7701 W. Hampton Ave., Apt. 3 in Accurint, a database comprised of data from public records and commercially available information.

18. On April 17, 2018, Sprint provided call detail records for 414-639-3219 in response to a subpoena. Sprint's records indicate that the (414) 639-3219 phone number was resold through Eos Mobile and therefore did not have subscriber information.

19. In the past, Hull has been known to use three numbers: 414-458-2474 (used by Hull to communicate with LeBourgeois on the phone searched by law enforcement in October of 2017), 414-458-1409 (used by Hull to communicate with LeBourgeois on the phone searched by

5

law enforcement in October of 2017), and 414-552-0461 (provided by LeBourgeois to law enforcement as Hull's number in August of 2017). The FBI analyzed call detail records for these phone numbers, and that analysis revealed five important familial contacts for Hull. The FBI then analyzed call detail records for 414-639-3219, and determined that the contact history on the -3219 number closely matched the contact history on Hull's prior known numbers. The 414-639-3219 number was in contact with four out of the five people and/or numbers previously identified as Hull's key contacts. For example, between January 5, 2018, and April 2, 2018, the 414-639-3219 number had approximately 2,500 contacts with Cicely LeBourgeois on 414-840-8959, which, according to the U.S. Probation Office, is LeBourgeois's most recent phone number. The 414-639-3219 number also had numerous contacts with numbers associated with Dejah Hull (Hull's sister), Brandy Young (Hull's mother), Brittany Johnson (Hull's aunt), and Andre Wilson (Hull's friend).

20. On April 20, 2018, the Government obtained an order pursuant to 18 U.S.C. § 2703(d) to obtain historical cell site records for the 414-639-3219 number. Law enforcement obtained and analyzed those records, and determined that Hull stopped using the 414-639-3219 number on or about April 6, 2018. The last contact between the 414-639-3219 number and LeBourgeois occurred on April 2, 2018.

21. Law enforcement obtained call detail records for LeBourgeois's phone number (414-840-8959) pursuant to a subpoena. Those call detail records reveal that after LeBourgeois stopped communicating with the 414-639-3219 number (on April 2, 2018), she began communicating very frequently with **414-699-9346**. Indeed, the **414-699-9346** number became LeBourgeois's most frequent contact after Hull ceased using the 414-639-3219 number. This pattern of frequent contact led law enforcement to suspect that Hull is now using the **414-699-**

6

**9346** number. In addition, the **414-699-9346** number is associated with "Trevoer Hull" on Accurint.

22. On April 25, 2018, Sprint provided subscriber information and call detail records for **414-699-9346** pursuant to a subpoena. Sprint identified the subscriber of this phone as "Non Non." (None of Hull's previously known phone numbers had subscriber information because they were prepaid phones; therefore, this would be expected for Hull.) Law enforcement compared the contact history for **414-699-9346** to the contact history on Hull's prior known phones (414-458-2474, 414-458-1409, 414-552-0461, and 414-639-3219), and once again found that Hull's patterns of contacts remained relatively stable across these phones. Specifically, the FBI found that **414-699-9346** has been in contact with four out of the five people and/or numbers previously identified as Hull's key contacts:

   a. Cicely LeBourgeois: Between March 7, 2018, and April 24, 2018, the **414-699-9346** number had approximately 705 contacts with 414-840-8959, the number that LeBourgeois provided as her own to U.S. Probation.

   b. Dejah Hull, a/k/a China: Dejah Hull is Hull's sister. Between April 1, 2018 and April 21, 2018, the **414-699-9346** number had approximately 20 contacts with 414-366-6434, which is associated with Dejah Hull on Accurint. LeBourgeois also had this number saved as a contact in her phone as "Fav Sister."

   c. Brandy Young: Young is Hull's mother. Between March 12, 2018 and April 24, 2018, the **414-699-9346** number had approximately 24 contacts with 414-234-2133, which is associated with Brandy Young on Accurint. LeBourgeois also had this number saved as a contact in her phone as "Crazy Lady Brandy."

   d. Brittany Johnson: Johnson is Hull's aunt. Between March 27, 2018 and March 31, 2018, the **414-699-9346** number had approximately 11 contacts with 414-639-0359. LeBourgeois had this number saved as a contact in her phone as "Brittany My Son Mother."

23. Comparison between the call detail records for Hull's most recent known number (414-639-3219) and the **414-699-9346** number revealed very similar patterns of use. There were over 100 common contacts between the two numbers. Of the top 50 contacts for **414-699-9346**, 40 were also contacts of 414-639-3219. And the top two contacts on both phone numbers were

7

the same: 414-722-6581 (associated with a woman named Tieara Whitmore) and 414-840-8959 (Cicely Lebourgeois).

24. A comparison of the **414-699-9346** number to all of Hull's prior known numbers revealed other patterns as well. In total, approximately 21 numbers that were in contact with **414-699-9346** were also in contact with at least two of the previously identified phone numbers. And approximately 91 numbers that were in contact with **414-699-9346** were also in contact with at least one of the previously identified phone numbers.

25. For example, the **414-699-9346** number had one contact with 414-210-0602, which is associated with Andre Wilson on Accurint; two of Hull's previously known numbers also had contacts with Wilson at the same number. The **414-699-9346** number also had approximately 9 contacts with 414-355-5532; that number is publicly associated with "Bayside Manor" and is saved as "Job" on LeBourgeois's phone. Based on information provided by LeBourgeois to U.S. Probation, Bayside Manor appears to be LeBourgeois's employer. Two of Hull's previously known numbers also had contacts with Bayside Manor at the same number.

26. On April 30, 2018, the Government obtained an order pursuant to 18 U.S.C. § 2703(d) to obtain historical cell site records for the **414-699-9346** number. Law enforcement obtained and analyzed those records, and determined that Hull was continuing to use the **414-699-9346** this week; on April 30, 3018, for example (the last day for which records were received), Hull (using **414-699-9346**) called LeBourgeois (at 414-840-8959). Law enforcement analyzed the historical cell site information for the **414-699-9346** number, and determined that the **414-699-9346** number is frequently in contact with many of the same cellular towers that were utilized by the 414-639-3219 number (Hull's most recent previously known number). The **414-699-9346** number frequently utilizes cellular towers that are geographically close to

8

LeBourgeois's address on Hampton Avenue and Brittany Johnson's address on Derby Place, both of which are addresses where Hull has recently been seen or known to stay. For example, between March 7, 2018 and April 30, 2018, the **414-699-9346** number was involved in 288 calls utilizing a cellular tower located at approximately 7677 W. Appleton Ave, which is one of the closest Sprint towers to both the Derby Place and Hampton Avenue addresses. In addition, during the same date range the **414-699-9346** number was involved in 565 calls utilizing a cellular tower located at approximately 7801 W. Acacia St., which is located about 1.3 miles from Andre Wilson's residence, where Hull has also been seen.

27. Based on the evidence detailed above, there is probable cause to believe that Hull is currently using the **414-699-9346** number. There is further probable cause to believe that cellular location information for the **414-699-9346** number will enable law enforcement to locate and apprehend Hull.

28. In my training and experience, I have learned that Sprint is a company that provides cellular telephone access to the general public. I also know that providers of cellular telephone service have technical capabilities that allow them to collect and generate at least two kinds of information about the locations of the cellular telephones to which they provide service: (1) E-911 Phase II data, also known as GPS data or latitude-longitude data, and (2) cell-site data, also known as "tower/face information" or cell tower/sector records. E-911 Phase II data provides relatively precise location information about the cellular telephone itself, either via GPS tracking technology built into the phone or by triangulating on the device's signal using data from several of the provider's cell towers. Cell-site data identifies the "cell towers" (i.e., antenna towers covering specific geographic areas) that received a radio signal from the cellular telephone and, in some cases, the "sector" (i.e., faces of the towers) to which the telephone

9

connected. These towers are often a half-mile or more apart, even in urban areas, and can be 10 or more miles apart in rural areas. Furthermore, the tower closest to a wireless device does not necessarily serve every call made to or from that device. Accordingly, cell-site data is typically less precise that E-911 Phase II data.

29. Based on my training and experience, I know that Sprint can collect E-911 Phase II data about the location of the Target Cell Phone, including by initiating a signal to determine the location of the Target Cell Phone on Sprint's network or with such other reference points as may be reasonably available.

30. Based on my training and experience, I know that Sprint can collect cell-site data about the Target Cell Phone.

## AUTHORIZATION REQUEST

31. Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to Federal Rule of Criminal Procedure 41 and 18 U.S.C. § 2703(c).

32. I further request, pursuant to 18 U.S.C. § 3103a(b) and Federal Rule of Criminal Procedure 41(f)(3), that the Court authorize the officer executing the warrant to delay notice until 30 days after the collection authorized by the warrant has been completed. There is reasonable cause to believe that providing immediate notification of the warrant may have an adverse result, as defined in 18 U.S.C. § 2705. Providing immediate notice to the subscriber or user of the Target Cell Phone would seriously jeopardize the ongoing investigation, as such a disclosure would give that person an opportunity to destroy evidence, change patterns of behavior, notify confederates, and flee from prosecution. *See* 18 U.S.C. § 3103a(b)(1). As further specified in Attachment B, which is incorporated into the warrant, the proposed search warrant does not authorize the seizure of any tangible property. *See* 18 U.S.C. § 3103a(b)(2). Moreover, to the

10

Case 2:18-mj-00059-DEJ   Filed 05/08/18   Page 11 of 14   Document 1

extent that the warrant authorizes the seizure of any wire or electronic communication (as defined in 18 U.S.C. § 2510) or any stored wire or electronic information, there is reasonable necessity for the seizure for the reasons set forth above. *See* 18 U.S.C. § 3103a(b)(2).

33. I further request that the Court direct Sprint to disclose to the government any information described in Attachment B that is within the possession, custody, or control of Sprint for a time period of 45 days from the date the warrant is signed. I also request that the Court direct Sprint to furnish the government all information, facilities, and technical assistance necessary to accomplish the collection of the information described in Attachment B unobtrusively and with a minimum of interference with Sprint's services, including by initiating a signal to determine the location of the Target Cell Phone on Sprint's network or with such other reference points as may be reasonably available, and at such intervals and times directed by the government. The government shall reasonably compensate Sprint for reasonable expenses incurred in furnishing such facilities or assistance.

34. I further request that the Court authorize execution of the warrant at any time of day or night, owing to the potential need to locate the Target Cell Phone outside of daytime hours.

## ATTACHMENT A

### Property to Be Searched

1. The cellular telephone assigned call number **414-699-9346** (the "Target Cell Phone"), whose wireless service provider is Sprint, a company headquartered at 6200 Sprint Pkwy, Overland Park, KS 66251.

2. Information about the location of the Target Cell Phone that is within the possession, custody, or control of Sprint, including information about the location of the cellular telephone if it is subsequently assigned a different call number.

## ATTACHMENT B

### Particular Things to be Seized

All information about the location of the Target Cell Phone described in Attachment A for a period of forty-five days from the date the warrant is signed, during all times of day and night. "Information about the location of the Target Cell Phone" includes all available E-911 Phase II data, GPS data, latitude-longitude data, and other precise location information, as well as all data about which "cell towers" (i.e., antenna towers covering specific geographic areas) and "sectors" (i.e., faces of the towers) received a radio signal from the cellular telephone described in Attachment A.

To the extent that the information described in the previous paragraph (hereinafter, "Location Information") is within the possession, custody, or control of Sprint, Sprint is required to disclose the Location Information to the government. In addition, Sprint must furnish the government all information, facilities, and technical assistance necessary to accomplish the collection of the Location Information unobtrusively and with a minimum of interference with Sprint's services, including by initiating a signal to determine the location of the Target Cell Phone on Sprint's network or with such other reference points as may be reasonably available, and at such intervals and times directed by the government. The government shall compensate Sprint for reasonable expenses incurred in furnishing such facilities or assistance.

This warrant does not authorize the seizure of any tangible property. In approving this warrant, the Court finds reasonable necessity for the seizure of the Location Information. *See* 18 U.S.C. § 3103a(b)(2).